# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SHERICE R. MILLER-WEAVER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )  Case No. 07-2468-KHV |
| HOOPER HOLMES, | ) ) ) |
| Defendant. | ) |

## O R D E R

Upon the Stipulation of Dismissal With Prejudice filed by the parties on January 2, 2008 at Document No. 14, and for good cause shown, it is hereby,

**ORDERED** that the above-captioned matter is hereby dismissed with prejudice, with each party to bear their own costs and attorneys' fees.

Dated: January 17, 2008

                                        s/ Kathryn H. Vratil
                                        Kathryn H. Vratil
                                        UNITED STATES DISTRICT JUDGE

Submitted by,

By: /s/ Rachel H. Baker
    Rachel H. Baker KS. #70148
    SEIGFREID BINGHAM LEVY
     SELZER & GEE, P.C
    2800 Commerce Tower
    911 Main Street
    Kansas City, MO 64105
    816-421-4460
    Fax: 816-474-3447
    rachelb@sblsg.com

2

and

James F. Botana
Neil H. Dishman
Jackson Lewis LLP
320 West Ohio Street
Suite 500
Chicago, IL 60610
(312) 787-4949
Fax: (312) 787-4995
botanaj@jacksonlewis.com

ATTORNEYS FOR DEFENDANT